UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LINWOOD EARL GREEN,  )<br>       Plaintiff,  )<br>  )<br> v.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner of Social Security,  )<br>       Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:12-CV-215-BO** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan 501 U.S. 89 (1991).

**This Judgment Filed and Entered on May 7, 2013, and Copies To:**

Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Richard L. Cannon, III (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>May 7, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |